[Nos. 6023-0-II; 6668-8-II.  Division Two.  May 4, 1984.]

*In the Matter of the Personal Restraint of* MICHAEL SCOTT EDIN, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SCOTT EDIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-1-00083-8, John W. Schumacher, J., entered December 11, 1981, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 12560-5-I.  Division One.  May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT RICHARDS MAYTORENA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02307-4, Frank J. Eberharter, J., entered December 3, 1982. *Affirmed in part* and *remanded* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 7808-9-I.  Division One.  May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT TIMOTHY PIPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J-87177, H. Joseph Coleman, J., entered July 9, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.